CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 2 6 2019

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

LILLIE MATTOX. O/B/O X.T., a minor child,

Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

Defendant.

Civil Action No. 7:17CV00367

**FINAL JUDGMENT AND ORDER**

By: Hon. Glen E. Conrad
Senior United States District Judge

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The magistrate judge's recommendation is **ADOPTED**;
2. The final decision of the Commissioner is **AFFIRMED**;
3. Summary judgment is **ENTERED** in favor of the Commissioner; and
4. This case shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order to all counsel of record.

DATED: This 26th day of March, 2019.

[signature]
Senior United States District Judge